**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MODEL REORG ACQUISITION, LLC, | : | Case No. 17-11794 (___) |
| | : | |
| 35 Sawgrass Drive, Suite 2, | : | |
| Bellport, New York 11713, | : | Tax I.D. No. 26-3000318 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PERFUMANIA HOLDINGS, INC., | : | Case No. 17-11795 (___) |
| | : | |
| 35 Sawgrass Drive, Suite 2, | : | |
| Bellport, New York 11713, | : | Tax I.D. No. 65-0977964 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PERFUMANIA, INC., | : | Case No. 17-11796 (___) |
| | : | |
| 35 Sawgrass Drive, Suite 2, | : | |
| Bellport, New York 11713, | : | Tax I.D. No. 65-0026340 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
MAGNIFIQUE PARFUMES AND                                     :    Case No. 17-11797 (___)
COSMETICS, INC.,                                            :
                                                            :
35 Sawgrass Drive, Suite 2,                                 :    Tax I.D. No. 59-2756420
Bellport, New York 11713,                                   :
                                                            :
                        Debtor.                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
TEN KESEF II, INC.,                                         :    Case No. 17-11798 (___)
                                                            :
35 Sawgrass Drive, Suite 2,                                 :
Bellport, New York 11713,                                   :    Tax I.D. No. 65-0701253
                                                            :
                        Debtor.                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
PERFUMANIA.COM, INC.,                                       :    Case No. 17-11799 (___)
                                                            :
35 Sawgrass Drive, Suite 2,                                 :
Bellport, New York 11713,                                   :    Tax I.D. No. 65-0884688
                                                            :
                        Debtor.                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
NORTHERN GROUP, INC.,                                       :    Case No. 17-11800 (___)
                                                            :
35 Sawgrass Drive, Suite 2,                                 :
Bellport, New York 11713,                                   :    Tax I.D. No. 11-2913226
                                                            :
                        Debtor.                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re:                               :       Chapter 11
                                        :

PERFUMANIA PUERTO RICO, INC.,   :       Case No. 17-11801 (___)
                                        :

35 Sawgrass Drive, Suite 2,           :
Bellport, New York 11713,            :       Tax I.D. No. 66-0526787
                                        :

             Debtor.           :
                                        :
                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re:                               :       Chapter 11
                                        :

QUALITY KING FRAGRANCE, INC.,   :       Case No. 17-11802 (___)
                                        :

35 Sawgrass Drive, Suite 2,           :
Bellport, New York 11713,            :       Tax I.D. No. 11-3414939
                                        :

             Debtor.           :
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re:                               :       Chapter 11
                                        :

SCENTS OF WORTH, INC.,        :       Case No. 17-11803 (___)
                                        :

35 Sawgrass Drive, Suite 2,           :
Bellport, New York 11713,            :       Tax I.D. No. 11-2401732
                                        :

             Debtor.           :
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re:                               :       Chapter 11
                                        :

JACAVI, LLC,                    :       Case No. 17-11804 (___)
                                        :

35 Sawgrass Drive, Suite 2,           :
Bellport, New York 11713,            :       Tax I.D. No. 20-5796863
                                        :

             Debtor.           :
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
DISTRIBUTION CONCEPTS, LLC,             :      Case No. 17-11805 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :      Tax I.D. No. 14-1848845
                                        :
                        Debtor.         :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
FLOWING VELVET, INC.,                   :      Case No. 17-11806 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :      Tax I.D. No. 11-2917294
                                        :
                        Debtor.         :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
ALADDIN FRAGRANCES, INC.,               :      Case No. 17-11807 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :      Tax I.D. No. 11-3144338
                                        :
                        Debtor.         :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
NICHE MARKETING GROUP, INC.,            :      Case No. 17-11808 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :      Tax I.D. No. 11-3491943
                                        :
                        Debtor.         :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NORTHERN BRANDS, INC., | : | Case No. 17-11809 (___) |
|  | : |  |
| 35 Sawgrass Drive, Suite 2, | : |  |
| Bellport, New York 11713, | : | Tax I.D. No. 11-3037186 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NORTHERN AMENITIES, LTD., | : | Case No. 17-11810 (___) |
|  | : |  |
| 35 Sawgrass Drive, Suite 2, | : |  |
| Bellport, New York 11713, | : | Tax I.D. No. 11-2805387 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GLOBAL DUTY FREE SUPPLY, INC., | : | Case No. 17-11811 (___) |
|  | : |  |
| 35 Sawgrass Drive, Suite 2, | : |  |
| Bellport, New York 11713, | : | Tax I.D. No. 59-2702686 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PERFUMERS ART, INC., | : | Case No. 17-11812 (___) |
|  | : |  |
| 35 Sawgrass Drive, Suite 2, | : |  |
| Bellport, New York 11713, | : | Tax I.D. No. 11-3216616 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5

**DEBTORS' MOTION FOR ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (B) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" and, together with their non-Debtor affiliates, the "Company"), hereby move (the "Motion") this Court for entry of an order (the "Order"), under section 342(c)(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), authorizing the joint administration of the Debtors' separate Chapter 11 Cases (as defined below) for procedural purposes only and seeking a waiver of the requirement that the captions in these Chapter 11 Cases list the Debtors' tax identification numbers and addresses.  In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Michael W. Katz in Support of Chapter 11 Petitions and First Day Pleadings (the "First Day Declaration"), filed with the Court concurrently herewith.[1]  In further support of the Motion, the Debtors, by and through their undersigned proposed counsel, respectfully represent:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b), and 2002(n), and Local Bankruptcy Rule 1015-1.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

3.      Pursuant to Bankruptcy Rule 7008 and Local Bankruptcy Rule 9013-1(f), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that this Court would lack Article III jurisdiction to enter such final order or judgment absent the consent of the parties.

## BACKGROUND

**A.      The Chapter 11 Cases**

4.      On the date hereof (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

5.      The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No creditors' committee has been appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), nor has a trustee or examiner been appointed in the Chapter 11 Cases.

**B.      Background and Current Business Operations**

6.      Perfumania is an independent, national, vertically integrated wholesale distributor and specialty retailer of perfumes and fragrances.  The Company's wholesale business distributes designer fragrances to mass market retailers, drug, and other chain stores, retail wholesale clubs, traditional wholesalers, and other distributors throughout the United States. The Company's retail business is operated  through a chain of retail stores that specialize in the sale of fragrances and related products at discounted prices up to 75% below the manufacturers' suggested retail prices and a Company-owned website that offers a selection of the Company's more popular products for sale online.

7.      Contemporaneous with the commencement of the Chapter 11 Cases, the Debtors filed their prepackaged joint plan of reorganization (the "Plan").  The Plan provides for a comprehensive reorganization of the Debtors that will allow the Company to close underperforming stores and reject unfavorable lease terms to establish a foundation for sustainable long-term growth and to improve the overall returns from the Company's retail footprint going forward.  All Allowed Claims are Unimpaired under the Plan, including the Debtors' general unsecured creditors, such as trade vendors, employees, and landlords.  The Debtors will not solicit votes on the acceptance or rejection of the Plan because all holders of Claims against, or Interests in, the Debtors hold either (i) an unclassified Claim, (ii) a Claim or Interest that is Unimpaired, and are therefore deemed to have accepted the Plan, or (iii) an Interest that does not entitle such holder to receive or retain any property under the Plan, and are therefore deemed to have rejected the Plan.

8.      Additional factual background regarding the Debtors, including their business operations, their capital structure, and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the First Day Declaration.

**RELIEF REQUESTED**

9.      By this Motion, the Debtors seek entry of an Order, under Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b) and 2002(n), and Local Bankruptcy Rule 1015-1, consolidating the Debtors' Chapter 11 Cases for procedural purposes only, and waiving the requirement that the Debtors' caption and certain notices in the Chapter 11 Cases contain certain identifying information.

10.      In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
MODEL REORG ACQUISITION, LLC, et al., :    Case No. 17-11794 (___)
                                                            :
                            Debtors.[1]                     :    Jointly Administered
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       11.    In addition, the Debtors request that the Court make separate docket entries on the docket of each of the Debtors' Chapter 11 Cases (except that of Model Reorg Acquisition, LLC), substantially as follows:

       12.    An order has been entered in this case consolidating this case with the case of Model Reorg Acquisition, LLC, Case No. 17-11794, for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 17-11794 (___) should be consulted for all matters affecting this case.

       13.    For the reasons set forth herein, the Debtors submit that the relief requested is in the best interest of the Debtors, their estates, creditors, and other parties in interest, and therefore, should be granted.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Perfumania Holdings, Inc. (7964); Perfumania, Inc. (6340); Magnifique Parfumes and Cosmetics, Inc. (6420); Ten Kesef II, Inc. (1253); Perfumania.com, Inc. (4688); Model Reorg Acquisition, LLC (0318); Northern Group, Inc. (3226); Perfumania Puerto Rico, Inc. (6787); Quality King Fragrance, Inc. (4939); Scents of Worth, Inc. (1732); Jacavi, LLC (6863); Distribution Concepts, LLC (8845); Flowing Velvet, Inc.  (7294); Aladdin Fragrances, Inc. (4338); Niche Marketing Group, Inc. (1943); Northern Brands, Inc. (7186); Northern Amenities, Ltd. (5387); Global Duty Free Supply, Inc. (2686); and Perfumers Art, Inc. (6616).  The address of the Debtors' corporate headquarters is 35 Sawgrass Drive, Suite 2, Bellport, New York 11713.

**BASIS FOR RELIEF**

14.     Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order joint administration of the estates of the debtor and such affiliates.  Fed. R. Bankr. P. 1015(b).

15.     Model Reorg Acquisition, LLC is a subsidiary of Perfumania Holdings, Inc., the direct and indirect parent company of each of the other Debtors in these Chapter 11 Cases.  As such, the above-captioned Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).  Thus, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

16.     Moreover, the joint administration of the Chapter 11 Cases will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.  Indeed, the Debtors anticipate that numerous notices, applications, motions, other pleadings, hearings, and orders in these cases will affect all of the Debtors.

17.     Joint administration will also save time and money and avoid duplicative and potentially confusing filings by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than in multiple cases.

18.     Joint administration will also protect parties in interest by ensuring that parties in each of the Debtors' respective Chapter 11 Cases will be apprised of the various matters before the Court in these cases.  Finally, joint administration will ease the burden on the office of the United States Trustee in supervising these bankruptcy cases.  Consequently, joint

administration will reduce costs and facilitate a more efficient administrative process,

unencumbered by the procedural problems otherwise attendant to the administration of separate,

albeit related, Chapter 11 Cases.

19.     Moreover, the Debtors submit that use of the simplified caption set forth

above will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading

identification.

20.     The rights of the respective creditors of each of the Debtors will not be

adversely affected by joint administration of the Chapter 11 Cases inasmuch as the relief sought

is purely procedural and is in no way intended to affect substantive rights.  Each creditor and

other party in interest will maintain whatever rights it has against the particular estate in which it

allegedly has a claim or right.

21.     Bankruptcy Rule 2002(n), which incorporates Bankruptcy Rule 1005,

provides that the caption for every notice given under Bankruptcy Rule 2002 contain certain

information, including that the title of the case provide the tax identification number of each

Debtor and any other names used by the Debtors in the previous eight years.  See Fed. R. Bankr.

P. 2002(n); see also Fed. R. Bankr. 1005.  Section 342(c) of the Code provides that notices

"required to be given by the debtor to a creditor under this title, any rule, any applicable law, or

any order of the court" shall contain the name, address, and last 4 digits of the debtor's taxpayer

identification number."  11 U.S.C. § 342(c)(1).  Section 342(c) further requires that "[i]f the

notice concerns an amendment that adds a creditor to the schedules of assets and liabilities," the

notice sent to the creditor shall include the full taxpayer identification number, while the notice

filed with the court shall include only the last 4 digits of the taxpayer identification number.  Id.

22.     The Debtors submit that use of the proposed simplified caption without full tax identification numbers and addresses for each of the Debtors will ensure a uniformity of pleading identification.  All pleadings filed and each notice mailed by the Debtors will include a footnote listing all of the Debtors, the last four digits of their tax identification numbers, and the address of the Debtors' corporate headquarters.  Moreover, the full tax identification numbers will be listed in the petitions for each Debtor.  Such petitions are publicly available to all parties-in-interest and will be provided by the Debtors upon request.  Therefore, the Debtors submit that the policies underlying the requirements of Bankruptcy Rule 2002(n) and Section 342(c) of the Bankruptcy Code have been satisfied.

## APPLICABLE AUTHORITY

23.     An order of joint administration relates to the routine administration of a case and may be entered by the court in its discretion on an ex parte basis.  See Del. Bankr. L.R. 1015-1.  Local Bankruptcy Rule 1015-1 provides that "[a]n order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to [Bankruptcy Rule] 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties."  Del. Bankr. L.R. 1015-1.  The First Day Declaration, filed concurrently herewith, satisfies the requirement of a supportive declaration under Local Bankruptcy Rule 1015-1.  Given the Debtors' affiliation, joint administration of these cases is warranted.  Accordingly, this Court is authorized to grant the requested relief under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

24.     This and other courts have granted similar relief in other chapter 11 cases.

See, e.g., In re Pacific Sunwear of California, Inc., Case No. 16-10882 (LSS) (Bankr. D. Del.

Apr. 8, 2016); In re Quiksilver, Inc., Case No. 15-11880 (BLS) (Bankr. D. Del. Sept. 10, 2015);

In re Triangle USA Petroleum Corp., Case No. 16-11566 (MFW) (Bankr. D. Del. June 30, 2016);

In re Ryckman Creek Resources, LLC, Case No. 16-10292 (KJC) (Bankr. D. Del. Feb. 3, 2016);

In re Filene's Basement, LLC, Case No. 11-13511 (KJC) (Bankr. D. Del. Nov. 4, 2011).[2]

## NOTICE

25.     Notice of this Motion shall be given to the following notice parties (the

"Notice Parties"): (a) the U.S. Trustee; (b) the holders of the 20 largest unsecured claims against

the Debtors (on a consolidated basis); (c) Otterbourg, counsel to the agent for the Debtors'

prepetition Senior Credit Facility; (d) Wells Fargo Bank, National Association, as agent for the

Debtors' prepetition Senior Credit Facility; and (e) any such other party entitled to notice

pursuant to Local Bankruptcy Rule 9013-1(m).  The Debtors submit that no other or further

notice need be provided.

## NO PRIOR REQUEST

26.     No previous request for the relief sought herein has been made to this

Court or any other court.

## [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]     Because of the voluminous nature of the orders cited herein, they are not attached to the Motion.  Copies of these orders, however, are available on request.

# CONCLUSION

WHEREFORE, the Debtors respectfully request that this Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated:    Wilmington, Delaware
          August 26, 2017

      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

      */s/ Anthony W. Clark*            
      Anthony W. Clark (I.D. No. 2051)
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      Telephone: (302) 651-3000
      Fax: (302) 651-3001

      - and -

      J. Gregory Milmoe (*pro hac vice admission pending*)
      Raquelle L. Kaye (*pro hac vice admission pending*)
      500 Boylston Street
      Boston, Massachusetts 02116
      Telephone: (617) 573-4800
      Fax: (617) 573-4822

      - and -

      Lisa Laukitis (*pro hac vice admission pending*)
      Four Times Square
      New York, New York 10036-6522
      Telephone: (212) 735-3000
      Fax: (212) 735-2000

      *Proposed Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                           :    Chapter 11
                                                            :
MODEL REORG ACQUISITION, LLC,                    :    Case No. 17-11794 (___)
                                                            :
35 Sawgrass Drive, Suite 2,                      :
Bellport, New York 11713,                        :    Tax I.D. No. 26-3000318
                                                            :
            Debtor.                              :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                           :    Chapter 11
                                                            :
PERFUMANIA HOLDINGS, INC.,                        :    Case No. 17-11795 (___)
                                                            :
35 Sawgrass Drive, Suite 2,                      :
Bellport, New York 11713,                        :    Tax I.D. No. 65-0977964
                                                            :
            Debtor.                              :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                           :    Chapter 11
                                                            :
PERFUMANIA, INC.,                                :    Case No. 17-11796 (___)
                                                            :
35 Sawgrass Drive, Suite 2,                      :
Bellport, New York 11713,                        :    Tax I.D. No. 65-0026340
                                                            :
            Debtor.                              :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
MAGNIFIQUE PARFUMES AND                 :     Case No. 17-11797 (___)
COSMETICS, INC.,                        :
                                        :
35 Sawgrass Drive, Suite 2,             :     Tax I.D. No. 59-2756420
Bellport, New York 11713,               :
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
TEN KESEF II, INC.,                     :     Case No. 17-11798 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :     Tax I.D. No. 65-0701253
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
PERFUMANIA.COM, INC.,                   :     Case No. 17-11799 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :     Tax I.D. No. 65-0884688
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
NORTHERN GROUP, INC.,                   :     Case No. 17-11800 (___)
                                        :
35 Sawgrass Drive, Suite 2,             :
Bellport, New York 11713,               :     Tax I.D. No. 11-2913226
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

2

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :        Chapter 11
                                         :
PERFUMANIA PUERTO RICO, INC.,            :        Case No. 17-11801 (___)
                                         :
35 Sawgrass Drive, Suite 2,              :
Bellport, New York 11713,                :        Tax I.D. No. 66-0526787
                                         :
            Debtor.                      :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :        Chapter 11
                                         :
QUALITY KING FRAGRANCE, INC.,            :        Case No. 17-11802 (___)
                                         :
35 Sawgrass Drive, Suite 2,              :
Bellport, New York 11713,                :        Tax I.D. No. 11-3414939
                                         :
            Debtor.                      :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :        Chapter 11
                                         :
SCENTS OF WORTH, INC.,                   :        Case No. 17-11803 (___)
                                         :
35 Sawgrass Drive, Suite 2,              :
Bellport, New York 11713,                :        Tax I.D. No. 11-2401732
                                         :
            Debtor.                      :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :        Chapter 11
                                         :
JACAVI, LLC,                             :        Case No. 17-11804 (___)
                                         :
35 Sawgrass Drive, Suite 2,              :
Bellport, New York 11713,                :        Tax I.D. No. 20-5796863
                                         :
            Debtor.                      :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
DISTRIBUTION CONCEPTS, LLC,               :        Case No. 17-11805 (___)
                                          :
35 Sawgrass Drive, Suite 2,               :
Bellport, New York 11713,                 :        Tax I.D. No. 14-1848845
                                          :
                         Debtor.          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
FLOWING VELVET, INC.,                     :        Case No. 17-11806 (___)
                                          :
35 Sawgrass Drive, Suite 2,               :
Bellport, New York 11713,                 :        Tax I.D. No. 11-2917294
                                          :
                         Debtor.          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
ALADDIN FRAGRANCES, INC.,                 :        Case No. 17-11807 (___)
                                          :
35 Sawgrass Drive, Suite 2,               :
Bellport, New York 11713,                 :        Tax I.D. No. 11-3144338
                                          :
                         Debtor.          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
NICHE MARKETING GROUP, INC.,              :        Case No. 17-11808 (___)
                                          :
35 Sawgrass Drive, Suite 2,               :
Bellport, New York 11713,                 :        Tax I.D. No. 11-3491943
                                          :
                         Debtor.          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
NORTHERN BRANDS, INC.,                                  :        Case No. 17-11809 (___)
                                                        :
35 Sawgrass Drive, Suite 2,                             :
Bellport, New York 11713,                               :        Tax I.D. No. 11-3037186
                                                        :
                            Debtor.                     :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
NORTHERN AMENITIES, LTD.,                               :        Case No. 17-11810 (___)
                                                        :
35 Sawgrass Drive, Suite 2,                             :
Bellport, New York 11713,                               :        Tax I.D. No. 11-2805387
                                                        :
                            Debtor.                     :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
GLOBAL DUTY FREE SUPPLY, INC.,                          :        Case No. 17-11811 (___)
                                                        :
35 Sawgrass Drive, Suite 2,                             :
Bellport, New York 11713,                               :        Tax I.D. No. 59-2702686
                                                        :
                            Debtor.                     :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
PERFUMERS ART, INC.,                                    :        Case No. 17-11812 (___)
                                                        :
35 Sawgrass Drive, Suite 2,                             :
Bellport, New York 11713,                               :        Tax I.D. No. 11-3216616
                                                        :
                            Debtor.                     :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (B) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") (i) providing for the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only and (ii) seeking a waiver of the requirement that the captions in the Chapter 11 Cases list the Debtors' tax identification numbers and certain other identifying information; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is GRANTED to the extent set forth herein.

2.      Each of the above-captioned Chapter 11 Cases of the Debtors will be, and hereby is, jointly administered by the Court.

3.      The caption of the jointly administered cases shall read as follows:

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
MODEL REORG ACQUISITION, LLC, et al., : Case No. 17-11794 (___)
:
Debtors.[1] : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.       Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Model Reorg Acquisition, LLC, Case No. 17-11794 (___).

5.       Such caption satisfies the requirements under Bankruptcy Code section 342(c).

6.       The requirements under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight years and each Debtor's employer identification number be contained in the caption are hereby waived.

7.       A docket entry shall be made in each of the Debtors' cases (except that of Model Reorg Acquisition, LLC) substantially as follows:

> An order has been entered in this case consolidating this case with the case of Model Reorg Acquisition, LLC, Case No. 17-11794 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 17-11794 (___) should be consulted for all matters affecting this case.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Perfumania Holdings, Inc. (7964); Perfumania, Inc. (6340); Magnifique Parfumes and Cosmetics, Inc. (6420); Ten Kesef II, Inc. (1253); Perfumania.com, Inc. (4688); Model Reorg Acquisition, LLC (0318); Northern Group, Inc. (3226); Perfumania Puerto Rico, Inc. (6787); Quality King Fragrance, Inc. (4939); Scents of Worth, Inc. (1732); Jacavi, LLC (6863); Distribution Concepts, LLC (8845); Flowing Velvet, Inc. (7294); Aladdin Fragrances, Inc. (4338); Niche Marketing Group, Inc. (1943); Northern Brands, Inc. (7186); Northern Amenities, Ltd. (5387); Global Duty Free Supply, Inc. (2686); and Perfumers Art, Inc. (6616).  The address of the Debtors' corporate headquarters is 35 Sawgrass Drive, Suite 2, Bellport, New York 11713.

7

8.      Procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the Debtors' estates.

9.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:  Wilmington, Delaware

_____, 2017


_____
UNITED STATES BANKRUPTCY JUDGE

8