**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Perfumania Holdings, Inc., *et al*. | ) | Case No.: 17-11795-CSS |
| | ) | |
| Debtors | ) | |

## REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(i)

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, DDR Del Sol LLC, S.E., DDR Isabela LLC, S.E., and DDR Rio Hondo LLC, S.E. request that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Renee B. Weiss, Esquire
> DDR Corp.
> 3300 Enterprise Parkway
> P.O. Box 228042
> Beachwood, Ohio 44122
> Telephone: (216) 755-5662

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case and any proceedings therein.

This 28th day of August 2017.

Respectfully submitted,

By: /s/ Renee B. Weiss
    Renee B. Weiss, Esq. (0065304)
    c/o DDR Corp.
    3300 Enterprise Parkway
    Beachwood, Ohio 44122
    Telephone: (216) 755-5662
    E-mail: RWeiss@ddr.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2017, I caused a copy of DDR Del Sol LLC, S.E., DDR Isabela LLC, S.E., and DDR Rio Hondo LLC, S.E.'s Request for Notices Pursuant to Bankruptcy Rule 2002(i) to be sent by certified United States Mail, first-class postage prepaid, to the parties/counsel on the attached list.

                                       /s/ Renee B. Weiss
                                       Renee B. Weiss

SERVICE LIST

Perfumania Holdings, Inc.
35 Sawgrass Drive
Suite 2
Bellport, NY 11713
(*Debtors*)

Anthony W. Clark
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*(Debtors' Counsel)*

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
*(Trustee)*

Clerk of Court
United States Bankruptcy Court
District of Delaware
*(Via electronic filing)*